# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED CLERK, U.S. DISTRICT COURT
SEP 28 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge _____NM_____
From: __A. Bridges__, Deputy Clerk    Date Received: __9-23-05__
Case No.: __CV 05-6948 NM (Ex)__   Case Title: __Schneider v. NCC Business Svcs.__
Document Entitled: __Plaintiff's Letter to Judge__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:
- ☐ Local Rule 11-3.1    Document not legible
- ☐ Local Rule 11-3.8    Lacking name, address, phone number
- ☒ Local Rule 11-4.1    No copy provided for judge
- ☐ Local Rule 19-1      Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1      Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 83-1.5    No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1       Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2      Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6      Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)      No proof of service attached to document(s)
- ☒ Other: __LR 83.2-11 - No letter format accepted by Court__

Priority
Send
Clsd
Enter
JS-5/JS-6
JS-2/JS-3

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

===========================================================================

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____     _____
Date                          U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have not been filed with the Court.

__9/28/05__                   __/s/_____
Date                          U.S. District Judge / U.S. Magistrate Judge

DOCKETED ON CM
OCT - 6 2005
BY _____ 021

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (03/03)                NOTICE OF DOCUMENT DISCREPANCIES                *U.S. GPO 2003-578-839/70059