___ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U.S DISTRICT COURT
NOV - 1 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SCANNED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Heather Ann Schneider, | CV05-06948-NM(Ex) |
| PLAINTIFF(S) | |
| v. | |
| NCC Business Services, | ORDER STRIKING FILED DOCUMENTS FROM THE RECORD |
| DEFENDANT(S). | |

WHEREAS, the documents listed below were improperly filed for the following reason(s)
Document fails to comply with Local Rule 11-3.1.1

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Complaint Bill in Equity | 9/23/05 |

DOCKETED ON CM
NOV 2 2005
BY _____ 021

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

11/1/05
Date

United States District Judge, Nora M. Manella

CV-80 (12/95)   ORDER STRIKING FILED DOCUMENTS FROM THE RECORD