# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - REOPENING/CLOSING

____ Priority
__✓_ Send
____ Clsd
__✓_ Enter
____ JS-5/JS-6
____ JS-2/JS-3

Case No. CV05-06948-NM(Ex)     Date 12/2/05

Title: Heather Ann Schneider -v- NCC Business Services

Present: The Honorable Nora M. Manella

| Judith Hurley | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
N/A                                         N/A

Proceedings:   ☐ In Court     ☒ In Chambers     ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated _____11/1/05_____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.



ENTERED
CLERK, U.S. DISTRICT COURT
DEC 2 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

Initials of Preparer _____



CV-74 (08/97)     CIVIL MINUTES -REOPENING/CLOSING THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).